**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| STEVE SACHS, Derivatively on behalf of WAVE SYSTEMS CORP., <br><br>Plaintiff, <br><br>v. <br><br>STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR., <br><br>Defendants, <br><br>and <br><br>WAVE SYSTEMS CORP., a Delaware Corporation, <br><br>Nominal Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br>CIVIL ACTION <br>NO. 04-30032-MAP |

(Additional captions continued on next page)

**NOTICE OF APPEARANCE**

LITDOCS/566404.1

- 2 -

| | |
|---|---|
| **JEFF SWANSON, Derivatively on behalf of WAVE SYSTEMS CORP.,** <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR.,** <br><br> Defendants, <br><br> and <br><br> **WAVE SYSTEMS CORP., a Delaware Corporation,** <br><br> Nominal Defendant. | **CIVIL ACTION NO. 04-30038-KPN** |
| **CHARLENE HARVEY, Derivatively on behalf of WAVE SYSTEMS CORP.,** <br><br> Plaintiff, <br><br> v. <br><br> **STEVEN SPRAGUE, GERARD T. FEENEY, JOHN E. BAGALAY, JR., NOLAN BUSHNELL, GEORGE GILDER and JOHN E. McCONNAUGHY, JR.,** <br><br> Defendants, <br><br> and <br><br> **WAVE SYSTEMS CORP., a Delaware Corporation,** <br><br> Nominal Defendant. | **CIVIL ACTION NO. 04-30044-MAP** |

Pursuant to Local Rule 83.5.2(a), notice is hereby given of the appearance of Michael D. Blanchard of the law firm of Bingham McCutchen, LLP, One State Street, Hartford, CT, 06103 (860) 240-2700, as counsel for Defendants Steven Sprague, Gerard T. Feeney, John E. Bagalay,

- 3 -

Jr., Nolan Bushnell, George Gilder and John E. McConnaughy, Jr., and for Nominal Defendant Wave Systems Corp.

                      Respectfully Submitted,

                      /s/ Michael D. Blanchard
                      Michael D. Blanchard, BBO #636860
                      **BINGHAM McCUTCHEN LLP**
                      One State Street
                      Hartford, CT 06103-3178
                      (860) 240-2700

Dated: August 31, 2004

**CERTIFICATE OF SERVICE**

I hereby certify that a true copy of the above document was electronically served upon the attorney of record for each party on August 31, 2004.

                      /s/ Michael D. Blanchard
                        Michael D. Blanchard

- 4 -