```
                UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS

CHARLENE HARVEY,              )
              Plaintiff       )
                              )
       v.                     ) CIVIL ACTION NO. 04-30044-MAP
                              )
STEVEN SPRAGUE, ET AL,        )
              Defendants      )
```

ORDER OF CONSOLIDATION

September 3, 2004

PONSOR, U.S.D.J.

    This case is hereby ordered consolidated with the case of Sachs v. Sprague, C.A. 04-30032-MAP.

    Details regarding lead and liaison counsel and a schedule for completion of proceedings may be found in the order issued in Sachs this day.

    Based on the consolidation of this case with Sachs, this case is ordered closed. Any further proceedings in this case will be in the Sachs case.

    It is So Ordered.

                                           /s/ Michael A. Ponsor
                                           MICHAEL A. PONSOR
                                           U. S. District Judge